# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| HEATHER MUELLER, *et al.*, | ) |
| | ) |
|   Plaintiffs/Counterclaim Defendants, | ) ) |
| | ) |
| v. | ) |
| | )   Case No. 1:20-cv-00029-SGC |
| SYLACAUGA HOUSING AUTHORITY, | ) ) |
| | ) |
|   Defendant/Counterclaim Plaintiff. | ) ) |

## ORDER

During a telephone conference on November 14, 2022, the parties advised the court the claims between plaintiffs/counter-defendants Heather Mueller and Nicole Daniels and defendant/counter-plaintiff Sylacauga Housing Authority ("SHA") had been settled in full. Counsel for these parties again confirmed a settlement had been reached at the November 15, 2022 pretrial conference.

Because the claims between these parties have been settled and there no longer exists a live case or controversy, it is **ORDERED** that SHA's counterclaims for breach of contract and conversion against Mueller and Daniels are **DISMISSED WITHOUT PREJUDICE** pursuant to the right of any party to file a motion to vacate this order and reinstate this action within fourteen (14) days from the date of entry of this order. In the event no party files such a motion, the dismissal of this

action shall become **WITH PREJUDICE** on the expiration of fourteen (14) days from the date of entry of this order.

    **DONE** this 15th day of November, 2022.

                                         _____
                                         STACI G. CORNELIUS
                                         U.S. MAGISTRATE JUDGE