UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SYLACAUGA HOUSING AUTHORITY, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) Case No. 2:20-cv-29-SGC <br> ) |
| DANIELL WOMACK, | ) <br> ) |
| Defendant. | ) |

## ORDER

It is ORDERED that this case is SET for mediation on **December 1, 2022** at **10:00 a.m.** with Magistrate Judge Gray M. Borden. The mediation will be conducted by videoconference. The courtroom deputy will provide information on the videoconference directly to all parties before the mediation. **Counsel for each party will be required to attend the mediation along with the party or—if the party is not an individual—with an appropriate representative.  In either event, an individual with settlement authority must attend.**

DONE and ORDERED on November 29, 2022.

_____
GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE