Case 1:20-cv-00029-SGC   Document 93   Filed 12/01/22   Page 1 of 2
USCA11 Case: 22-13663   Date Filed: 12/01/2022   Page: 1 of 2

FILED
2022 Dec-02  AM 08:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

December 01, 2022

Clerk - Northern District of Alabama
U.S. District Court
Hugo L. Black United States Courthouse
1729 5TH AVE N
BIRMINGHAM, AL 35203

Appeal Number: 22-13663-D
Case Style: Heather Mueller, et al v. Sylacauga Housing Authority
District Court Docket No: 1:20-cv-00029-SGC

The enclosed copy of the Clerk's Order of Dismissal pursuant to the joint stipulation of the parties to dismiss is issued as the mandate of this court.

Any pending motions are now rendered moot in light of the attached order.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Monique D. Taylor/aw, D
Phone #: (404) 335-6189

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 22-13663-D

_____

HEATHER MUELLER,
NICOLE DANIELS,
DANIELL WOMACK,

                               Plaintiffs - Counter Defendants - Appellants,

versus

SYLACAUGA HOUSING AUTHORITY,

                               Defendant - Counter Claimant - Appellee.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

ORDER: Motion to voluntarily dismiss appeal filed by Appellants Heather Mueller, Nicole Daniels and Daniell Womack is GRANTED by clerk [9806713-2]. Pursuant to FRAP 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date.

Effective December 01, 2022.

                               DAVID J. SMITH
                  Clerk of Court of the United States Court
                     of Appeals for the Eleventh Circuit

                                          FOR THE COURT - BY DIRECTION