# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| SYLACAUGA HOUSING AUTHORITY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. 1:20-cv-00029-SGC |
| DANIELL WOMACK, | ) ) |
| Defendant. | ) ) |

## ORDER

On December 1, 2022, the court was informed that the parties had fully resolved the remaining issues in this case and would file a stipulation of dismissal. Because this case has been settled and there no longer exists a live case or controversy, it is **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** pursuant to the right of any party to file a motion to vacate this order on or before December 30, 2022. In the event neither party files such a motion, the dismissal of this action shall become **WITH PREJUDICE** on December 31, 2022.

**DONE** this 14th day of December, 2022.

_____
STACI G. CORNELIUS
U.S. MAGISTRATE JUDGE